CLOSED,RULE5

# U.S. District Court
# U.S. District of Minnesota (DMN)
# CRIMINAL DOCKET FOR CASE #: **0:25−mj−00479−DLM−1**

---

Case title: USA v. Wright

Date Filed: 07/22/2025

Date Terminated: 07/25/2025

---

Assigned to: Magistrate Judge Douglas L. Micko

**Defendant (1)**

| | |
|---|---|
| **Daniel Trevell Wright**<br>*TERMINATED: 07/25/2025* | represented by **Ambroise Justin Decilap , Jr**<br>Office of the Federal Defender<br>300 South Fourth Street<br>U.S. Courthouse<br>Ste 107<br>Minneapolis, MN 55415<br>612−664−5858<br>Fax: 612−664−5850<br>Email: ambroise_decilap@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Public Defender or Community Defender Appointment<br><br>**Katherian D Roe**<br>Office of the Federal Defender<br>300 S 4th St Ste 107<br>Mpls, MN 55415<br>612−664−5858<br>Fax: 612−664−5850<br>Email: katherian_roe@fd.org<br>*TERMINATED: 07/23/2025*<br>Designation: Public Defender or Community Defender Appointment |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|

None

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:1951(a), 18:924(c)(1)(A) | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **David Green** |
| | | DOJ–USAO |
| | | United States Attorney's Office, District of Minnesota |
| | | 300 South 4th Street |
| | | Suite 600 |
| | | Minneapolis, MN 55415 |
| | | 612−664−5680 |
| | | Email: david.green3@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 07/22/2025 | | Arrest (Rule 5) of Daniel Trevell Wright. (LEG) (Entered: 07/22/2025) |
| 07/22/2025 | 1 | Minute Entry for proceedings held before Magistrate Judge Douglas L. Micko: Initial Appearance in Rule 5(c) (3) Proceedings as to Daniel Trevell Wright held on 7/22/2025. Charges from the Northern District of Illinois. Counsel to be appointed. Government moves for detention hearing. Motion is granted, Court finds detention hearing authorized under 18 USC 3142(f)(1), temporary detention ordered. Detention Hearing, Preliminary Revocation Hearing and Removal Hearing set for 7/24/2025 at 02:30 PM in Courtroom 6B (STP) before Magistrate Judge Douglas L. Micko. Oral Rule5(f) Brady notice read on the record. (Digital Recording) (LEG) (Entered: 07/22/2025) |
| 07/22/2025 | 2 | ORDER OF PRELIMINARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT as to Daniel Trevell Wright. Detention Hearing/Preliminary Revocation/Removal set for 7/24/2025 at 02:30 PM in Courtroom 6B (STP) before Magistrate Judge Douglas L. Micko. Signed by Magistrate Judge Douglas L. Micko on 7/22/2025. (LEG) (Entered: 07/22/2025) |
| 07/22/2025 | 3 | Brady Obligation Order as to Daniel Trevell Wright. Signed by Magistrate Judge Douglas L. Micko on 7/22/2025. (LEG) (Entered: 07/22/2025) |
| 07/23/2025 | 4 | NOTICE OF ATTORNEY APPEARANCE for Daniel Trevell Wright. (Decilap, Ambroise) (Entered: 07/23/2025) |
| 07/24/2025 | 5 | |

|  |  | Minute Entry for proceedings held before Magistrate Judge Douglas L. Micko: Removal/Detention Hearing and Preliminary Revocation Hearing as to Daniel Trevell Wright held on 7/24/2025. Defendant waived Removal Hearing – Removal Order to be issued. Defendant ordered detained – Government to submit proposed order. Probable cause found as to all violations. (Court Reporter Tim Willette) (MME) (Entered: 07/24/2025) |
|---|---|---|
| 07/24/2025 | 6 | DOCUMENT FILED IN ERROR, DUPLICATE OF DOCUMENT 5 . Minute Entry for proceedings held before Magistrate Judge Douglas L. Micko: Removal, Preliminary Revocation Hearing and Detention Hearing as to Daniel Trevell Wright held on 7/24/2025. Charges from other District: Northern District of Illinois. Defendant waived right to removal hearing. Removal Order to be Issued. Probable cause found as to all violations. Defendant Ordered Detained. Government to submit proposed order. Commitment to Another District to be Issued. Government Exhibits 1–6 admitted for purposes of this hearing.(Court Reporter Tim Willette) (LEG) Modified text on 7/25/2025 (LEG). (Entered: 07/24/2025) |
| 07/25/2025 | 7 | COMMITMENT TO ANOTHER DISTRICT as to Daniel Trevell Wright. Defendant committed to District of Norther District of Illinois. Signed by Magistrate Judge Douglas L. Micko on 7/24/2025. (LEG) (Entered: 07/25/2025) |
| 07/25/2025 | 8 | ORDER OF REMOVAL to District of Northern District of Illinois as to Daniel Trevell Wright. Signed by Magistrate Judge Douglas L. Micko on 7/24/2025. (LEG) (Entered: 07/25/2025) |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE - REMOVAL

|  |  |
|---|---|
| United States of America, | COURT MINUTES - CRIMINAL |
|  | BEFORE: DOUGLAS L. MICKO |
| Plaintiff, | U.S. MAGISTRATE JUDGE |
| v. | Case No: 25-mj-479 DLM |
|  | Date: July 22, 2025 |
| Daniel Trevell Wright, | Courthouse: St. Paul |
|  | Courtroom: 6B |
| Defendant. | Time Commenced: 1:43 p.m. |
|  | Time Concluded: 1:47 p.m. |
|  | Time in Court: 4 minutes |

APPEARANCES:

Plaintiff: David Green, Assistant U.S. Attorney
Defendant: Kate Adams, Assistant Federal Defender
    X FPD      X To be appointed

    X Advised of Rights

on   Violation of  X  Supervised Release and Order of the Court
X Date charges or violation filed: July 14, 2025
X Current Offense: failure to report to the probation office; charged in Ramsey County (62-CR-23-4541; 62-CR-25-3770); possession of firearm; charged by Hennepin County (27-CR-24-27084); failure to receive permission to reside in Minnesota.
X **Charges from other District:** Northern District of Illinois
X Title and Code of underlying offense from other District: Interference With Commerce By Threat Or Violence, 18:1951 (a); Use of a Firearm in Relation to a Crime of Violence, 18:924(c)(l)(A).
X Case no: 1:13-cr-00952-4

X Government moves for detention hearing.
X Motion is granted, Court finds detention hearing authorized under 18 USC 3142(f)(1), temporary detention ordered.

Next appearance date is Thursday, July 24, 2025 at 2:30 p.m. before U.S. Magistrate Judge Douglas L. Micko in Courtroom 6B (STP) for:
X Detention hrg   X Removal hrg   X Preliminary Revocation


Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                                                     *s/nah*
                                                        Signature of Courtroom Deputy

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                    Case No: 25-mj-479 DLM

        Plaintiff,

v.

        ORDER OF PRELIMINARY
        DETENTION PENDING HEARING
        PURSUANT TO BAIL REFORM ACT

Daniel Trevell Wright,

        Defendant.

_____

Upon motion of the United States it is ORDERED that a detention/removal/preliminary revocation hearing is set for July 24, 2025 at 2:30 p.m. before Magistrate Judge Douglas L. Micko, CR 6B, Warren E. Burger Building and U.S. Courthouse, St. Paul, Minnesota. Pending this hearing, the Defendant shall be held in custody by the United States Marshal and produced for the hearing.

Dated: July 22, 2025                                 *s/Douglas L. Micko*
                                                              Douglas L. Micko
                                                              U.S. Magistrate Judge

If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142 are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee; or (b) will obstruct or attempt to obstruct justice, to threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 25-mj-479 DLM |
| Plaintiff, | |
| v. | **Brady Obligation Order** |
| Daniel Trevell Wright, | |
| Defendant. | |

Pursuant to the Due Process Protections Act the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence-that is, evidence that favors the defendant or casts doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders the United States to do so. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or other sanctions by the court.

**IT IS SO ORDERED.**

Dated: July 22, 2025

*s/Douglas L. Micko*
Douglas L. Micko
U.S. Magistrate Judge

6

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 25mj479 (DLM) |
| ) | |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| ) | |
| DANIEL TREVELL WRIGHT, ) | |
| ) | |
| Defendant. ) | |

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Ambroise Decilap shall appear as appointed counsel of record for the above named defendant in this case.

Dated:  July 23, 2025               *s/Ambroise Decilap*
                                    AMBROISE DECILAP
                                    Attorney ID No.  0505220
                                    Attorney for Defendant
                                    Office of the Federal Defender
                                    107 U.S. Courthouse
                                    300 South Fourth Street
                                    Minneapolis, MN 55415

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

|  |  |
|---|---|
| United States of America, | **COURT MINUTES - CRIMINAL**<br>BEFORE: DOUGLAS L. MICKO<br>U.S. MAGISTRATE JUDGE |
| Plaintiff, | |
| v. | Case No: 25-mj-479 DLM<br>Date: July 24, 2025 |
| Daniel Trevell Wright, | Court Reporter: Tim Willette<br>Courthouse: St. Paul |
| Defendant. | Courtroom: 6B<br>Time Commenced: 2:31 p.m.<br>Time Concluded: 3:21 p.m.<br>Time in Court: 50 minutes |

X **REMOVAL HEARING**
X **PRELIMINARY REVOCATION HEARING**
X **DETENTION HEARING**
Time in Court Removal/Prelim Rev/Detention: 2 minutes/24 minutes/24 minutes

APPEARANCES:

Plaintiff: David Green, Assistant U.S. Attorney
Defendant: Ambroise Decilap
       X FPD

On    Violation of   X **Supervised Release and Order of the Court**

X **Charges from other District:** Northern District of Illinois

X Defendant waived right to removal hearing. Removal Order to be Issued.

X Probable cause found as to all violations.

X Defendant Ordered Detained. Government to submit proposed order.
X Commitment to Another District to be Issued.

Additional Information:
Kathia Dirksen testified.
Government Exhibits 1-6 admitted for purposes of this hearing.

                                        *s/nah*
                                Signature of Courtroom Deputy

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| United States of America, *Plaintiff,* | ) ) ) Case No. 25-mj-479 DLM |
| v. | ) ) Charging District's Case No. 1:13-cr-00952-4 |
| Daniel Trevell Wright, *Defendant,* | ) ) ) |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Northern District of Illinois, Eastern division.

The defendant: ___ will retain an attorney.

       X is requesting court-appointed counsel.

The defendant remains in custody after the detention hearing.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   July 24, 2025             *s/Douglas L. Micko*
                                *Judge's signature*

                         DOUGLAS L. MICKO, United States Magistrate Judge
                                *Printed name and title*

9

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Daniel Trevell Wright,<br><br>        Defendant. | Criminal No. 25-mj-479 DLM<br><br>**ORDER OF REMOVAL** |

The above captioned case was before the undersigned United States Magistrate Judge for an identity and removal hearing, preliminary revocation hearing and detention hearing on July 24, 2025. Defendant waived the identity and removal hearing. Probable cause was found as to all violations. Defendant was ordered detained at the conclusion of the detention hearing.

Based on defendant's waiver of the identity and removal hearing, the court finds that the defendant is the same person named in the warrant filed in the Northern District of Illinois, and he is ordered removed to that district for further proceedings.


Dated: July 24, 2025                      *s/Douglas L. Micko*
                                                     Douglas L. Micko
                                                     United States Magistrate Judge